IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN HERNANDEZ MORENO,

    Petitioner,                  No. 2:10-cv-3423 KJN P

    vs.

UNKNOWN,

    Respondent.             ORDER

_____/

    Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

    The application attacks a conviction issued by the Superior Court of Santa Barbara.[1] While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

---

[1] In the first sentence of the petition, petitioner claims he is attacking a judgment from the "Supreme Court of California of San Francisco." (Dkt. No. 1 at 1.) However, petitioner appended a copy of his filing in the appellate court, which makes clear that petitioner was convicted in Santa Barbara County. (Dkt. No. 1 at 11.) Petitioner also noted he filed a petition for review in the Court of Appeal for the Second Appellate District, Division Six, which is located in Ventura, California. (Dkt. No. 1 at 2.)

1

1  application are more readily available in Santa Barbara County.  Id. at 499 n.15; 28 U.S.C.
2  § 2241(d).
3         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:
4         1.  This court has not ruled on petitioner's application to proceed in forma
5  pauperis; and
6         2.  This matter is transferred to the United States District Court for the Central
7  District of California.
8  DATED:  December 28, 2010

10  _____
    KENDALL J. NEWMAN
11  UNITED STATES MAGISTRATE JUDGE

12  more3423.108