UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN HERNANDEZ MORENO,<br><br>             Petitioner,<br><br>   v.<br><br>UNKNOWN,<br><br>             Respondent. | No. CV 10-10067-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 15, 2012

_____
JAMES V. SELNA
United States District Judge